No. 04-13-00485-CR

PD-0109-15

In The Court of Criminal Appeals.
San Antonio, Texas. 78205-3037

Weldon Lee McMillian

FILED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

VS.

The State of Texas



2015 JAN 23 PM 12:17
FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
KEITH E. HOTTLE, CLERK

From Appeal no. 04-13-00485-CR
Trial Cause no. 2013-44-C1
Mc Lennan County.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

First Motion For Extension of time
to File Petition For Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals:

Comes Now, Weldon Lee McMillian Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review.

In Support of this Motion, appellant shows the Court the following:

## I

The Petitioner was convicted in the <u>19th Judicial</u> district Court of <u>Mc Lennan</u> County, Texas of the offense of <u>Driving While Intoxication</u> Cause no. <u>2013-44-C1</u>, styled state of Texas vs. <u>Weldon Lee McMillian</u>. The Petitioner appealed to the Court of appeals, <u>Fourth</u> Supreme Judicial District. The Case was affirmed on <u>April 9, 2014</u>.

## II

The present deadine for filing the petition for discretionary review is <u>N/A</u>. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts:
Petitioner was not informed of the decision of the Court of Appeals in affirming his case until <u>December ~~April~~ 9, 2014</u>. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the Appeal, <u>Court Appointed</u>, has informed Petitioner that he will not →

represent him on the petition for Discretionary review."

Wherefore, Petitioner Prays this Court grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Cause no. 04-13-00485-CR, to March 10, 2015 ...

_Weldon McMillian_
Petitioner, Pro se

Texas Department of Criminal Justice, Institutional Division _Price Daniel_ unit.
T.d.c.J. ID. no _1870137_ ...

I, _Weldon Lee McMillian_, T.d.c.j. no. _1870137_, being incarcerated in the _Daniels_ Unit of the Texas Department of Criminal Justice in _Snyder_ Tx. Verify and declare under penalty of persury that the foregoing statements are true and correct.

Executed on this the _20_ day of _January_ 20 _15_.

_Weldon McMillian_
Pro se

RE: **PETITION**
**FOR DISCRETIONARY REVIEW**

WELDON LEE MC MILLIAN
VS.
THE STATE OF TEXAS

FROM APPEAL NO. 04-13-00485-CR
TRIAL CAUSE NO. 2013-44-C1
MC LENNAN COUNTY

NOW COMES, WELDON LEE MCMILLIAN, T.D.C.J. NO. 1870137
CURRENTLY INCARCERATED AT THE PRICE DANIEL UNIT IN —
SNYDER, TEXAS 79549.

AND WISHES TO SEEK FURTHER REVIEW OF THIS CASE AS
HIMSELF (PRO SE), AND WITHOUT COUNSEL, BY THE TEXAS
COURT OF CRIMINAL APPEALS...

BASED UPON; MERITS OF NUNC PRO TUNC
INEFFECTIVE ASSISTANCE OF COUNSEL

ALSO UNDER ART 44.29, TEXAS CODE OF CRIMINAL PRO-
CEDURES, PRIOR CONVICTIONS BASED UPON A FATALLY DEFECTIVE
INDICTMENT IS VOID AND THUS IS UNAVAILABLE FOR ENHANC-
ING DEFENDANT'S PUNISHMENT. EX PARTE RIVERS 559 S.W. 2d
659 (TEX. CRIM. APP 1977) EX PARTE ADAMS 701 S.W. 2d 257
(TEX, CRIM. APP 1985)...

WHERE FORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION FOR DISCRETIONARY REVIEW OF THIS CASE NO. 2013-44-C1

Welton McMillian
PETITIONER      ( PRO SE )